Mr. Judge. Marbley,                               Dec, 3rd-2019

How are you sir? I hope you had a good thanks giving. This is John Steckel you sentenced me on or about 7-11-2018 on wepons charges. You gave me 48 months. You were made aware of my p.v. time that I had to do in the state, And specifically said on and for the Record on my "Judgement" And on my terms of "Imprisonment that witch follows:

the Defendant is hereby committed to the custody of the federal Bureau of prisons to be imprisoned for a total term of: forty-Eight (48) - Months. Jail time Credit should be applied effective April, 21, 2017 thru present...

Your Honor, When they first did my computation down in Grand Prairie, TX it was correct. for some reason they re-did my computation, a man named Mr. Jemarr Potts, he is the Classification And Computation technician. I went to Records here at the prison I'm in And after reveiwing my Judgement & terms of Imprisonment, they told me I was correct. they Informed me that they would E-mail grand prairie, T.X. and let them know. they told me to give it a few weeks, witch I did, When I went back they told me, that grand prairie said that it's correct. But witch Records still said that I am Infact still right. And that now I need to start what's called a "Administrative Remedy - Program" Basicly I need to jump through a bunch of hoops Before anything even gets to the Region. Your Honor this prosess could take up to a year. Before they re-did my

Computation, I had Already Been given my Half way house Date. My Date was July 8th, 2020! I had 7 more MONTHS left to go. Now my Date has been Pushed back to "2021" in May!

Your Honor, where I AM And where you Refered me to go to Are two totaly Diffrent meanings of the word Incarcerated. I never went to Butner N.C. or Lexington K.Y. they sent me to U.S.P. Hazelton. Where even the toughest, Badest, most thuged out guy. is on the Menu. I've Seen It All here. I mean every and Anything. If they were to transfer me to Hell, you might catch me with a Smile. Sir I've Stayed out of trouble for the Most Part. But even one extra Day in here could Literaly mean Life and Death. I made Promissis to my Daughters that I'd Be there for there BirthDays. I AM NOT Asking for A Break, ONLY what I have Due. I've Paid my Debt to society

Once Again these People Are not Honoring what you Imposed on me. the Hoops they have me Jumping thru Could take A year, When in fact I could Be Free in 7 mounths, given they did the Right thing, witch of right now, After exausting All Avenues Does not Look Promissing. I tryed going to every body, even my Attorney Ms. Debra Williams, witch I haven't yet herd from. And So now I come to you. Because you May very well Be My only hope. Please Help Me I'm Home. I Don't Know what else

to you. because you may very well be my only hope. Please Help me your Honor. I Don't know what else to Do. thank you sincerly for your time...

Very ~~Truley~~

Yours, Mr. John P. Stecke

#77182-061

Case # CR2-17-277



Mr. Judge, MARBLEY    Jan, 7 2020

How are you Sir? I hope you had a good Christmas and New Year! I have been trying to get this letter and paper work out to you for over a month, however this place is very open-minded to keep it's compound on a state of "Lock Down" for any such reason, we are currently Still on Lock Down and it has taken me over 30 days just to get a Big yellow envelope to send this to you, So Please excuse the gap in the Dates in my letters, Since I first wrote the very first letter, I have had no new developments in my case, my Lawyer has recevied everything I'm sending to you now, And Also with this new letter I am adding the letter she wrote to me and the E-Mail she Sent to the computation People in Grand Prairie T.X. Still no word on Relief on my case, And my window is getting smaller by the Day, thank you once again for your time and Help, Very truley yours,

Mr. Steckel

AO 245B (Rev. 02/18) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page ___ of __1__

DEFENDANT: John Paul Steckel
CASE NUMBER: CR2-17-277

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

Forty-Eight (48) months. Jail time credit should be applied effective April 21, 2017 thru present.

☑ The court makes the following recommendations to the Bureau of Prisons:

that the defendant be incarcerated at the BOP located in Butner, NC or Lexington, Ky or as close as possible. Further, that the defendant obtain his GED and participate in the RDAP program.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____.

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 02/18) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page _____ of _____ 1

**DEFENDANT:** John Paul Steckel
**CASE NUMBER:** CR2-17-277

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

Three (3) years. As a special condition of supervised release the defendant shall complete a substance abuse treatment program, which includes random drug testing, participate in mental health treatment, which includes being medication compliant, if deemed appropriate by a mental health treatment provider at the direction of the Probation Officer. The defendant will make a co-payment for treatment services not to exceed $25 per month which is determined by the defendant's ability to pay. Further, that the defendant obtain his GED.

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 02/18) Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page _____ of _____ 1

**DEFENDANT:** John Paul Steckel
**CASE NUMBER:** CR2-17-277

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____     Date _____

Case: 2:17-cr-00277-ALM Doc #: 35 Filed: 07/13/18 Page: 6 of 6 PAGEID #: 82

AO 245B (Rev. 02/18) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

DEFENDANT: John Paul Steckel
CASE NUMBER: CR2-17-277

Judgment — Page ___ of __1__

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☑ Lump sum payment of $ __100.00__ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B  ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☑ The defendant shall forfeit the defendant's interest in the following property to the United States:
Kel-Tec, Model P-11, 9mm pistol, serial # AA3W11, and eight rounds of 9mm ammunition; Smith & Wesson, Model 10-6, .38 caliber revolver, serial # D264022, and 9 rounds of .38 caliber ammunition.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**SOUTHERN DISTRICT OF OHIO**
10 West Broad Street, Suite 1020
Columbus, OH 43215

**Deborah L. Williams**
**Federal Public Defender**

Phone: (614)469-2999
Toll Free: (877)217-4835
Fax: (614)469-5999

December 27, 2019

John Steckel #77182-061
USP-Hazelton
U.S. Penitentiary
P.O. Box 2000
Bruceton Mills, WV 26525

    Re:   *USA v. Steckel*

Dear Mr. Steckel:

    I am enclosing an email that I sent to the time computation office (and of course I misspelled your name and didn't catch it). I think I know what happened with about 6 months of your time credit – according to the front page of the presentence report about 6 months of your pretrial time was spent in state custody on the violation. But I sent the email, with attachments, and will await their response. I'm so sorry this has become such a mess. Unfortunately you are my second client (that I know of) this year who has lost pretrial time during a recomputation.

    Hopefully this gets you some relief.

                                Very truly yours,

                                Deborah L. Williams
                                Federal Public Defender

Enclosure

# Deborah Williams

**To:** GRA-DSC/PolicyCorrespondence@bop.gov
**Subject:** John Steckle #77182-061
**Attachments:** Doc 11 - Information.pdf; Steckle Amended J&C.pdf

Good morning,

I am John Steckle's attorney and he has asked me to review his time computations dated 9/14/18 and 11/7/19. In so doing I noticed several errors.

1. In the 9/14/18 computation the offense date is listed as 4/21/17. In the 11/7/19 computation the offense date is listed as 4/21/18. The second computation is incorrect. The Information to which he pled guilty states that "between on or about August 20, 2016 and on or about April 21, **2017**" Mr. Steckle possessed firearms. See attached.

2. Similarly, in the 9/14/18 computation the earliest date of offense is listed as 4/21/17. In the 11/7/19 computation the earliest date of offense is listed as 4/21/18. Both are incorrect. Again, the Information to which he pled guilty states that "between on or about **August 20, 2016** and on or about April 21, 2017" Mr. Steckle possessed firearms. See attached.

3. The sentencing judge specifically ordered that Mr. Steckle was to be credited for pretrial time beginning 4/21/17. See attached. In the 9/14/18 computation he was given 432 days credit. In the 11/7/19 computation he lost 200 of those days for no apparent reason and in violation of the sentencing judge's Order.

Please reopen Mr. Steckle's time computation, correct the dates that are wrong, and recalculate his time in accordance with Judge Marbley's Order.

Thank you,

Deborah Williams
Federal Public Defender
Southern District of Ohio

1

*1st Computation*

```
 HAZQL  540*23  *        SENTENCE MONITORING        *    09-14-2018
PAGE 001        *         COMPUTATION DATA          *    10:34:15
                         AS OF 09-14-2018

REGNO..: 77182-061 NAME: STECKEL, JOHN PAUL


FBI NO...........: 584643EC0       DATE OF BIRTH: 02-18-1986  AGE: 32
ARS1.............: HAZ/A-DES
UNIT.............: D               QUARTERS.....: D01-104U
DETAINERS........: NO              NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 05-17-2020

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 10-09-2020 VIA GCT REL


------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: OHIO, SOUTHERN DISTRICT
DOCKET NUMBER...................: CR2-17-277
JUDGE...........................: MARBLEY
DATE SENTENCED/PROBATION IMPOSED: 06-22-2018
DATE COMMITTED..................: 08-06-2018
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                FELONY ASSESS   MISDMNR ASSESS    FINES        COSTS
NON-COMMITTED.: $100.00         $00.00            $00.00       $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO        AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....: 136
OFF/CHG: 18:922(G) AND 924(A) FELON IN POSSESSION OF A FIREARM CT1.

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     48 MONTHS
 TERM OF SUPERVISION............:      3 YEARS
 DATE OF OFFENSE................: 04-21-2017




G0002        MORE PAGES TO FOLLOW . . .
```

```
HAZQL  540*23  *        SENTENCE MONITORING       *     09-14-2018
PAGE 002 OF 002 *       COMPUTATION DATA          *     10:34:15
                         AS OF 09-14-2018

REGNO..: 77182-061 NAME: STECKEL, JOHN PAUL


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 09-13-2018 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 09-13-2018 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 06-22-2018
TOTAL TERM IN EFFECT............:     48 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     4 YEARS
EARLIEST DATE OF OFFENSE........: 04-21-2017

JAIL CREDIT.....................:  FROM DATE      THRU DATE
                                   08-20-2016     08-22-2016
                                   09-30-2016     10-01-2016
                                   04-21-2017     06-21-2018

TOTAL PRIOR CREDIT TIME.........: 432
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 188
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 10-09-2020
EXPIRATION FULL TERM DATE.......: 04-15-2021
TIME SERVED.....................:     1 YEARS      4 MONTHS      30 DAYS
PERCENTAGE OF FULL TERM SERVED..:  35.3

PROJECTED SATISFACTION DATE.....: 10-09-2020
PROJECTED SATISFACTION METHOD...: GCT REL




G0000           TRANSACTION SUCCESSFULLY COMPLETED
```

*Handwritten annotations:* "1st COMPUTATION" (top); "432 DAYS CREDIT AS of 09-14-2018" (pointing to TOTAL PRIOR CREDIT TIME); "pg 2" (bottom).

HS. Williams



**U.S. Department of Justice**
**Federal Bureau of Prisons**
Designation and Sentence Computation Center
U.S. Armed Forces Reserve Complex
346 Marine Forces Drive
Grand Prairie, Texas 75051

September 13, 2018

**Inmate:** STECKEL, John Paul  **Reg #:** 77182-061  **Date of Federal Offense:** 04-21-2017

### 1.

| Arrest Date | Release Date | Offense | Release Method | Disposition |
|---|---|---|---|---|
| 08-20-2016 | 08-22-2016 | PSR#69/70 SLATE 201620563 | Bond/Bail | Dismissed 08/30/16 |
|  |  | 2016CRA019029/16CR-005648 |  | Dismissed 05/12/17 |
| 09-30-2016 | 10-01-2016 | PSR#71 SLATE 201624348 | Bond/Bail | Dismissed 10/7/16 |
|  |  | 2016CRA022715 |  |  |
| (04-21-2017) | 06-05-2017 | Weapon Undr disability PSR#72 | To Detainer (ST SRV) | Dismissed 5/1/17 |

**Agency:** Franklin County Jail  **Name:** CSC Wiegman
**Phone:** 614-525-3368  **Title:** Records Custodian

**Remarks:** Charges on 4-21-2017 dismissed in Lieu of Federal Prosecution. SCS Bennett could not see the dates listed above. Called Debbie Watson Warden Secretary Warren Correctional Facility 513-932-3388

*they Don't know what happened After I left the State and was Sentenced*

### 2.

| Arrest Date | Release Date | Offense | Release Method | Disposition |
|---|---|---|---|---|
| 06-05-2017 | 12-23-2017 | Weapons Charge STATE (SRV) | TOT - USMS |  |

*← I was arrested on 4-21-17 And was Never Released. You Made Judge Marbley Aware About My P.V. time And He Spcifically Started My Jail time Credit on 4-21-17.*

**Agency:** Ohio Correctional Reception Center  **Name:** Debbie Watson
**Phone:** 614-877-2441  **Title:** Records Custodian

**Remarks:** Inmate was sanctioned to serve 200D on parole violation of weapons charge. Turned over to USMS on 11-13-2017 Inmate on WRIT. EOS Parole sanction 12-23-2017.

*← He Knew About My P.V. Already. we talked to him. it's all in my Sentencing transcripts.*

### 3.

| Arrest Date | Release Date | Offense | Release Method | Disposition |
|---|---|---|---|---|
|  |  |  |  |  |

**Agency:**  **Name:**
**Phone:**  **Title:**

**Remarks:**

**BOP Official:** JeMarr Potts  **JEMARR POTTS** (Digitally signed by JEMARR POTTS)
**Title:** Classification & Computation Technician

*2nd COMPUTATION*

```
 HAZ0M  540*23  *        SENTENCE MONITORING       *    11-07-2019
 PAGE 001        *        COMPUTATION DATA          *    07:45:50
                          AS OF 11-07-2019
```

REGNO..: 77182-061 NAME: STECKEL, JOHN PAUL

```
FBI NO...........: 584643EC0         DATE OF BIRTH: 02-18-1986  AGE: 33
ARS1.............: HAZ/A-DES
UNIT.............: E                  QUARTERS.....: E03-116L
DETAINERS........: NO                 NOTIFICATIONS: NO
```

HOME DETENTION ELIGIBILITY DATE: 12-15-2020

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 05-09-2021 VIA GCT REL


---------------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

```
COURT OF JURISDICTION............: OHIO, SOUTHERN DISTRICT
DOCKET NUMBER....................: CR2-17-277
JUDGE............................: MARBLEY
DATE SENTENCED/PROBATION IMPOSED: 06-21-2018
DATE COMMITTED...................: 08-06-2018
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO
```

*they ARE changing Sentencing Dates. Look At 1st computation Sheets.*

```
                  FELONY ASSESS    MISDMNR ASSESS    FINES        COSTS
NON-COMMITTED.:   $100.00          $00.00            $00.00       $00.00

RESTITUTION...: PROPERTY:  NO    SERVICES:  NO       AMOUNT:  $00.00
```

-------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:  136    18:922(G) FIREARMS,CARR CRIM
OFF/CHG: 18:922(G)(1) AND 924(2) FELON IN POSSESSION OF A FIREARM CT1.

```
 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    48 MONTHS
 TERM OF SUPERVISION.............:     3 YEARS
 DATE OF OFFENSE.................: 04-21-2018
```

→ *The Date of offense is 4-21-2017! Now there changing offense Dates.*


G0002        MORE PAGES TO FOLLOW . . .

*Pg 1*

```
HAZOM   540*23  *       SENTENCE MONITORING        *    11-07-2019
PAGE 002 OF 002 *        COMPUTATION DATA          *    07:45:50
                         AS OF 11-07-2019

REGNO..: 77182-061 NAME: STECKEL, JOHN PAUL


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 10-24-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 10-01-2019 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 06-21-2018
TOTAL TERM IN EFFECT............:     48 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      4 YEARS
EARLIEST DATE OF OFFENSE........: 04-21-2018

JAIL CREDIT.....................: FROM DATE      THRU DATE
                                  08-20-2016     08-22-2016
                                  09-30-2016     10-01-2016
                                  04-21-2017     06-06-2017
                                  12-24-2017     06-20-2018

TOTAL PRIOR CREDIT TIME.........: 231
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 176
TOTAL GCT EARNED................: 68
STATUTORY RELEASE DATE PROJECTED: 05-09-2021
EXPIRATION FULL TERM DATE.......: 11-01-2021
TIME SERVED.....................:      2 YEARS      5 DAYS
PERCENTAGE OF FULL TERM SERVED..:   50.3

PROJECTED SATISFACTION DATE.....: 05-09-2021
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 9-4-19 FSA GCT UPDT.F/JTP;10-24-19:DIS GCT 40D F/DDW




G0000           TRANSACTION SUCCESSFULLY COMPLETED
```

Handwritten annotations:
- (pointing to DATE COMPUTATION BEGAN) "they put 6-21-2018, But if you Look At other computation Sheet it Says 6-22-2018."
- (pointing to EARLIEST DATE OF OFFENSE, with "2017" written over "2018") "THEY Messed up My Date of offense By A whole year, Look At 1st Computation sheet, It Clearly Says 4-21-2017 Look At pg.2 of My Judgment, under My Imprisonment term."
- "pg 2"