**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA**

              v.

**JOHN PAUL STECKEL**

              **2:17-cr-277**
              **CHIEF JUDGE MARBLEY**

**ORDER**

Defendant John Paul Steckel has filed a motion for correction of sentence, ECF No. 42. If the United States intends to oppose the motion, it shall file its response in opposition within fourteen (14) days of the date of this *Order*.

DATED: March 25, 2020

_____
ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE